This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JANEKA MAYER,**

   Plaintiff-Appellant,

v.                                                    **NO. 35,227**

**SUSAN SMITH,**

   Defendant,

and

**MARILYN JONES, GARY JONES,**
**ROBERT LONG, AND STEPHANIE LONG,**

   Intervenors/Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Alex Chisholm
Albuquerque, NM

for Appellant

Ronald T. Taylor
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Plaintiff Janeka Mayer appeals from the district court's amended judgment and order, entered on October 22, 2015. This Court issued a notice of proposed disposition, proposing to dismiss the appeal for lack of a final order. Plaintiff filed a response, stating that she "accepts the reasoning of the Court in its proposed summary disposition." Accordingly, and for the reasons stated in our notice of proposed disposition, we dismiss for lack of a final order.

{2}     **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**STEPHEN G. FRENCH, Judge**